IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DON A. ERICKSON,

      Petitioner,

v.                                        CASE NO. 4:05-cv-00398-MP-AK

STATE OF FLORIDA,

      Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 1, "Notice of Intent to Sue/Waiver of Sovereign Immunity," which the Court has tentatively interpreted as a § 2254 petition for writ of habeas corpus. The Court is uncertain whether this was the correct interpretation, and as the "Notice" is not on any form used in this Court, the Clerk will provide Petitioner with forms for filing either a § 2254 (if he seeks release because of an unconstitutional conviction) or § 2241 (if he is a pretrial detainee) petition for writ of habeas corpus and for filing a § 1983 civil rights complaint (if he is seeking damages for violation of his constitutional rights). The Clerk will also provide Petitioner with the appropriate form for seeking leave to proceed *in forma pauperis*, Plaintiff having failed to submit proper documentation regarding his ability to pay a filing fee. *See* Doc. 3. Of course, the amount of the filing fee will be dependent on the type of case which Petitioner ultimately pursues, and Petitioner should choose one cause of action or the other, i.e., either § 1983 or § 2254 or § 2241, and complete the appropriate form or advise the Court of his desire to

dismiss this cause voluntarily.

Accordingly, it is **ORDERED**:

That the Clerk shall furnish Plaintiff with four copies of the appropriate forms and instructions for filing a complaint pursuant to 42 U.S.C. § 1983, a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a petitioner for writ of habeas corpus pursuant to 28 U.S.C. § 2241;

That the Clerk shall furnish Plaintiff with an application for leave to proceed *in forma pauperis*;

That no later than **December 15, 2005**, Plaintiff shall file either an "Amended Complaint" or an "Amended Petition" as explained in this order, along with two identical copies including any exhibits. He shall also keep an identical copy for his records;

That no later than **December 15, 2005**, Plaintiff shall file an amended application for leave to proceed *in forma pauperis*;

That, if Plaintiff does not wish to proceed with this litigation, he shall, no later than **December 15, 2005**, advise the Court of his desire voluntarily to dismiss this cause;

**That failure to respond to this order as directed or any future orders will result in a recommendation of dismissal of this action.**

**DONE AND ORDERED** this **14th** day of November, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 4:05-cv-00398-MP-AK*