IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DON A ERICKSON,**

    **Plaintiff,**

v.                                            **CASE NO. 4:05-cv-00398-MP-AK**

**ANNE C CONLEY,**
**STATE OF FLORIDA,**
**ROBERT R WHEELER,**

    **Defendants.**

_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion to Compel Public Records. (Doc. 21).  This case is not in a posture for discovery and it is not necessary to attach any records or other documents to the amended pleading this Court has ordered.  Until that amended pleading is filed and reviewed there will be no discovery or service. Consequently, Plaintiff's Motion to Compel (doc. 21) is **DENIED**.

**DONE AND ORDERED** this _10th_ day of March, 2006

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**