IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DON A ERICKSON,

      Plaintiff,

v.                                                              CASE NO. 4:05-cv-00398-MP-AK

STATE OF FLORIDA,
et al.,

      Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 34, Report and Recommendation of the

Magistrate Judge, recommending that Plaintiff's complaint be dismissed under 28 U.S.C. §

1915A.  The Plaintiff responded with a document entitled, "Motion to Clarify the Plaintiff's

Literal Interpretations Set Forth for Requested Relief Under Amended Complaint," which the

Court has construed as an objection to the Report and Recommendation.

Section 28 U.S.C. § 1915A provides:

(a) Screening.— The court shall review, before docketing, if feasible or, in any
event, as soon as practicable after docketing, a complaint in a civil action in
which a prisoner seeks redress from a governmental entity or officer or employee
of a governmental entity.

(b) Grounds for Dismissal.— On review, the court shall identify cognizable
claims or dismiss the complaint, or any portion of the complaint, if the
complaint—
      (1) is frivolous, malicious, or fails to state a claim upon which
      relief may be granted; or
      (2) seeks monetary relief from a defendant who is immune from
      such relief.

After three attempts, the Plaintiff has failed to state with sufficient clarity any claims upon which

relief may be granted.  Also, many of his claims appear to seek monetary relief from immune

defendants or to challenge his conviction or sentence.  His response at doc. 35 does not alleviate

these concerns.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and
        incorporated herein.

2.      This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  _2nd_  day of November, 2006

_____*s/Maurice M. Paul*_____

Maurice M. Paul, Senior District Judge